UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 3:23-CR- ~~226~~ |
| | : | |
| v. | : | |
| | : | (Judge *Conner* ) |
| **JOSHUA FRISCH,** | : | |
| | : | |
| Defendant. | : | |

## I N D I C T M E N T

FILED
SCRANTON

AUG 29 2023

PER _____
    *JKC*
DEPUTY CLERK

THE GRAND JURY CHARGES:

At times material to this Indictment:

### Relevant Individuals, Entities, and Terms

1.      Defendant **Joshua Frisch ("FRISCH"),** the defendant, lived in or around Frackville, Pennsylvania. The area code for Frackville, Pennsylvania is (570).

2.      The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

3.     X Corp. ("Twitter") is an electronic communications service and/or remote computing service provider headquartered at 1355 Market Street, Suite 900, San Francisco, California.  Twitter can be accessed via the Internet at http://www.twitter.com and via the Twitter mobile application ("App").

4.     Truth Social and/or T Media Tech LLC ("Truth Social") is an electronic communications service and/or remote computing services provider located at 1100 South Ocean Boulevard, Palm Beach, Florida.  Truth Social can be accessed via the Internet at http://www.truthsocial.com.

5.     Gab ("GAB") is an electronic communications service and/or remote computing service provided located at 700 N State Street, Clarks Summit, Pennsylvania.  GAB can be access via the Internet at https://gab.ai or gab.com.

6.     Twitter, Truth Social, and GAB each own and operate social networking services which allow individual users to register and create accounts, personalize account profile pages, and send and receive

communications via the platform.   Users on all three platforms must create unique usernames and account passwords.

7.     Twitter, Truth Social, and GAB users can post messages, variously called "tweets," "truths," or "retruths" depending on which platform the message is being communicated.   Depending on the preferences of each user, these messages can be shared with the public, or made viewable only to a preapproved list of other networking site users.

### Communications Made by FRISCH

8.     At times material to this Indictment, FRISCH was sole user in control of the Twitter account with account username "MuteMEEchoU (Joshua J. Frisch)," the Truth Social account with account username "@TSG777," and the GAB account with account username "7DeadlyOrganicSolutions."   At times materials to this Indictment, FRISCH was responsible for every message, communication, image, or video posted on all three platforms.  All messages, communications, and posts described in this Indictment were available to be publicly viewed by the other users of the social media platforms.

3

9.     Beginning on or around November 10, 2022, FRISCH made telephone calls to multiple Federal Bureau of Investigation ("FBI") field offices, including the FBI Philadelphia Office's main telephone number at (215) 418-4000.  FRISCH made all the above-described calls from his girlfriend's telephone number.

10.     Beginning on or around November 11, 2022, FRISCH publicly posted a series of messages on his above-described Twitter, Truth Social, and GAB accounts, including but not limited to the following posts:

| Time/Date | Body of Communication |
|-----------|----------------------|
| Nov 11 1:03pm | it's not restored yet, but when I call the FBI and every other agency to report a possible crime, I will have my day and I will turn over any and all evidence to federal law enforcement, but if you try to hurt me, my family, and the other dozens of kids that live on my block |
| Nov 11 1:03pm | bring your big bad ass firearms, and if you touch me I will kill any who dare, you have until 3pm today, or it gets real load today. I will be wearing a body cam |
| Nov 11 1:05pm | federal pussies, I'm calling you fake ass wannabe government pricks out, I WILL MAKE YOU RESPOND, to show the PUBLIC you, the FBI still exist, be prepared... |
| Nov 11 1:09pm | NOW I WANT SOME FUCKING ATTENTION, DO YOU ALL FUCKING HERE ME? |
| Nov 12 3:06am | I guess I'm going to have to hurt somebody from the government with bodily harm, I will kill the... |
| Nov 12 3:07am | you really dont want to fuck with me and I did just threaten the life of a federal official, please respond it is your job |
| Nov 12 3:08am | anyone...no one..that really sucks for you paul ryan and company, I'm gunna get you good as ded you little broken bitch |

| Nov 12 3:09am | tic-tok KNOCK-KNOCK you let the devil in |
|---|---|
| Nov 12 3:10am | I'm still waiting for my ride from federal law enforcement |
| Nov 12 3:11am | IM THE FUCKING BOSS YOU LITTLE INSIGNIFICUNT LITTLE SOON TO BE DEDER THAN A DOOR KNOB, LITTLE ABUSING FUCK FACED LITTLE COCKSUCKER....DOA-KIA, ILL BE SEEING YA |
| Nov 12 3:13am | I am not impressed with the federal response time, not even a chopper and there are two air bases and a national guard depot all within 20 miles...pathetic!!! |
| Nov 12 3:14am | tic-tok |
| Nov 12 3:16am | wow I guess no one gives a flipping flying fuck about you beast boy |
| Nov 12 3:17am | BOSS!!! I OWN IT ALL. |
| Nov 12 3:19am | where are you going to run you little cockroach? Where are you going to hide little bug? HOW DO YOU WANT TO GO? |
| Nov 12 3:21am | I AM THE WORLD's BIG BOSS, AND I DO OWN IT ALL, NO RESPONSE...FUCK AROUND AND FIND OUT, YOU PICKING UP WHAT I'M LAYING DOWN...YOU WILL...RED 7 DETA, Proceed. |
| Nov 12 1:25pm | @RealJamesWoods I like the energy, but you are not me dude, you can not act as I act online, because this is part of a moderation benchmarking, if you fuck around my, federal friends will smash you, REMEMBER TO ALL, I AM THE EXCEPTION, IM EXCEPTIONALLY, TRAINED, SKILLED, EXPERIENCED, u rookie |
| Nov 13 4:58pm | YOU PROMISED TO PAY AND REMAIN OUTSTSANDING, SORRY PEOPLE BUT THE US IS CHEAP, WHO THE FUCK THINKS THEY CAN FUCK ME, I;LL FUCKING BREAK YOU AND KILL ALL YOUR OFFICIALS BITCH!!! |
| Nov 13 11:59am | RUN AND CALL THE FBI CAUSE ALL OF YOU GOVERNMENT CROOKS ARE FUCKING DEWAD |

| Nov 13 11:59am | DEAD DEDED DOA KIA |
|---|---|
| Nov 13 11:59am | LET THE BLOOD SPILL |
| Nov 13 12:00pm | ILL GET MY MONEY EITHER OUT OF YOUR ASS OR THROUGH PRESSURE BITCH, NOW I JUST THREATENED THE ENTIRE GOVERNMENT WITH HARM INCLUDING THE PRESIDENT, WHERE THE FUCK IS MY CRITICAL RESPONDERS, ANY OF YOU BITCHES WANT TO TAKE A SHOT |
| Nov 13 12:01pm | ALL DAY I WILL THREATEN THE PRESIDENT INTIL I HAVE SOME FUCKING ACTION |
| Nov 13 12:01pm | RUN PIGS CALL YOU PROTECTORS |
| Nov 13 12:02pm | LIKE I SAID NOTHING IS GOING TO HAPPEN TO ME AND NO ONE WILL SHOW UP CAUSE YOU ARE ALL WEAK |
| Nov 13 12:02pm | NOW I WANT MY FAIRLY EARNED FBI CASE REWARDS |
| Nov 13 12:03pm | OR YOU DIE |
| Nov 13 12:03pm | THIS SITE IS STILL SHADOW BANNING OBVIOUSLY |
| Nov 13 12:04pm | LOSERS, IM DONE WITH TWITTER |
| Nov 13 12:09pm | yep still shadow banned on here, I JUST THREATENED THE LIFE OF OUR PRESIDENT AND ALL OTHER GOVERNMENT OFFICIALS AND NO RESPONSE, TRUTH SOCIAL AND GAB AND TWITTER ARE EXTREMELY DANGEROUS ORGANIZATIONS WHO PROTECTED SOMEONE WHO IS AND WAS FULLY PLANNING ON HARMING |
| Nov 13 12:09pm | THE PRESIDENT AND ALL OTHER OFFICIALS, HERE I SIT NO RESPONSE, PATHETIC! DONE WITH TRUTH SOCIAL AS WELL |
| Nov 13 12:11pm | TO BE CLEAR YOU ALL JUST COLLUDED WITH ME TO SUPPRESS INFORMATION AND OBSTRUCT LAW |

| | |
|---|---|
| | ENFORCEMENT, YA KNOW AIDING AND ABETTING THAT COULD BE USED TO SAVE THE PRESIDENT OR OTHER OFFICIALS LIVES...THINK YOUR FUCKED, CAUSE I PLAN ON TALKING. RICO |
| Nov 13 12:12pm | FUCK YOU ALL |
| Nov 13 12:13pm | GOD YOU PEOPLE ARE JUST SO FUCKING DUMB |
| Nov 13 1:14pm | NOW UNLOCK THE FLOODGATES OR I WILL FUCKING KILL YOU ALL |
| Nov 13 1:07pm | you have no help because i just bitched out two losers from the philadelphia fbi office even told them i was going to hurt someone, they couldn't help me with my issues, they wont help you either |
| Nov 13 1:10pm | here is the number I called to this most helpful Philadelphia office who keeps trying to get me killed by local law enforcement, we cant help but call our disposal service, I will fucking kill you all, and I am going to the state police, will slaughter if I have to 570 418 4000 |

11.    On or about November 14, 2022, and in response to the

above-listed messages and the above-described telephone calls to the

Philadelphia FBI Office, special agents from the FBI Philadelphia

Office travelled to FRISCH's residence in Frackville, Pennsylvania, in

order to interview FRISCH.

**COUNTS 1-6**
18 U.S.C. §875(c)
(Interstate Threats)

12.    Paragraphs 1 through 11 are incorporated and realleged as if fully set forth herein.

13.    From on or about November 12, 2022, and continuing to on or about November 13, 2022, within the Middle District of Pennsylvania, the defendant,

**JOSHUA FRISCH,**

with intent to communicate a true threat to injure another person and with knowledge that the communication would be viewed as a true threat to injure another person, knowingly transmitted communications in interstate and foreign commerce by writing the following words and causing the words to be posted on the Internet, with each communication being a separate count:

| Count | Time/Date | Account | Body of Communication |
|---|---|---|---|
| 1 | 11/12/2022, 3:06am | Truth Social: (@TSG777) | I guess I'm going to have to hurt somebody from the government with bodily harm, I will kill the... |

| 2 | 11/12/2022, 3:08am | Twitter Account: (MuteMEEchoU(Joshua J. Frisch)) | Anyone…no one…that really sucks for you paul ryan and company, I'm gunna get you good as ded you little broken bitch |
|---|---|---|---|
| 3 | 11/13/2022, 1:10pm | Truth Social: (@TSG777) | Here is the number I called this most helpful Philadelphia office who keeps trying to get me killed by local law enforcement, we cant help but call our disposal service, I will fucking kill you all, and I am going to the state police, will slaughter if I have to 570 418 4000, they didn't even know who the director was flood this number 570 418 4000 mr optimist, where the fuck is my fairness |
| 4 | 11/13/22, 11:59am - 12:01pm | Twitter Account: (MuteMEEchoU(Joshua J. Frisch)) | YOU PROMISED TO PAY AND REMAIN OUTSTANDING, SORRY PEOPLE BUT THE US IS CHEAP, WHO THE FUC THINKS THEY CAN FUCK ME, I;LL FUCKING BREAK YOU AND KILL ALL YOUR OFFICIALS BITCH!!!<br><br>RUN AND CALL THE FBI CAUSE ALL YOU GOVERNMENT CROOKS ARE FUCKING DEWAD<br><br>DEAD DEDED DOA KIA<br><br>LET THE BLOOD SPILL<br><br>ILL GET MY MONEY EITHER OUT OF YOUR ASS OR THROUGH PRESSURE BITCH, NOW I JUST THREATENED THE ENTIRE GOVERNMENT WITH HARM |

| | | | INCLUDING THE PRESIDENT, WHERE THE FUCK IS MY CRITICAL RESPONDERS, ANY OF YOU BITCHES WANT TO TAKE A SHOT |
|---|---|---|---|
| 5 | 11/13/22, 12:14pm | Twitter Account: (MuteMEEchoU(Joshua J. Frisch)) | NOW UNLOCK THE FLOODGATES OR I WILL FUCKING KILL YOU ALL |
| 6 | 11/13/22, 1:10pm | Twitter Account: (MuteMEEchoU(Joshua J. Frisch)) | Here is the number I called this most helpful Philadelphia office who keeps trying to get me killed by local law enforcement, we cant help but call our disposal service, I will fucking kill you all, and I am going to the state police, will slaughter if I have to 570 418 4000 |

All in violation of Title 18, United States Code, Section 875(c).


THE GRAND JURY FURTHER CHARGES:

## COUNTS 7-11
### 18 U.S.C. §115(a)(1)(B)
### (Influencing Federal Official by Threat)


14.    Paragraphs 1 through 11 are incorporated and realleged as if

fully set forth herein.

10

15.    From on or about November 12, 2022, and continuing to on or about November 13, 2022, within the Middle District of Pennsylvania, the defendant,

## JOSHUA FRISCH,

did threaten to assault federal law enforcement officers, that is FBI agents, with intent to interfere with such federal law enforcement officers in performance of their official duties, by writing the following words and causing the words to be posted on the Internet, with each communication being a separate count:

| Count | Time/Date | Account | Body of Communication |
|-------|-----------|---------|------------------------|
| 7 | 11/12/2022, 3:06am | Truth Social: (@TSG777) | I guess I'm going to have to hurt somebody from the government with bodily harm, I will kill the… |
| 8 | 11/12/2022, 3:08am | Twitter Account: (MuteMEEchoU(Joshua J. Frisch)) | Anyone…no one…that really sucks for you paul ryan and company, I'm gunna get you good as ded you little broken bitch |
| 9 | 11/13/2022, 1:10pm | Truth Social: (@TSG777) | Here is the number I called this most helpful Philadelphia office who keeps trying to get me killed by local law enforcement, we cant help but call our disposal service, I will fucking kill you all, and I am going to the state police, will slaughter if I have to 570 418 4000, they didn't even know |

| | | | who the director was flood this number 570 418 4000 mr optimist, where the fuck is my fairness |
|---|---|---|---|
| 10 | 11/13/22, 11:59am - 12:01pm | Twitter Account: (MuteMEEchoU(Joshua J. Frisch)) | YOU PROMISED TO PAY AND REMAIN OUTSTANDING, SORRY PEOPLE BUT THE US IS CHEAP, WHO THE FUC THINKS THEY CAN FUCK ME, I'LL FUCKING BREAK YOU AND KILL ALL YOUR OFFICIALS BITCH!!! <br><br> RUN AND CALL THE FBI CAUSE ALL YOU GOVERNMENT CROOKS ARE FUCKING DEWAD <br><br> DEAD DEDED DOA KIA <br><br> LET THE BLOOD SPILL <br><br> ILL GET MY MONEY EITHER OUT OF YOUR ASS OR THROUGH PRESSURE BITCH, NOW I JUST THREATENED THE ENTIRE GOVERNMENT WITH HARM INCLUDING THE PRESIDENT, WHERE THE FUCK IS MY CRITICAL RESPONDERS, ANY OF YOU BITCHES WANT TO TAKE A SHOT |
| 11 | 11/13/22, 1:10pm | Twitter Account: (MuteMEEchoU(Joshua J. Frisch)) | Here is the number I called this most helpful Philadelphia office who keeps trying to get me killed by local law enforcement, we cant help but call our disposal service, I will fucking kill you all, and I am going to the state police, will |

| | | | slaughter if I have to 570 418 4000 |
|---|---|---|---|

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

THE GRAND JURY FURTHER CHARGES:

**COUNT 12**
18 U.S.C. §871
(Threats Against the President)

16.    Paragraphs 1 through 11 are incorporated and realleged as if fully set forth herein.

17.    On or about November 13, 2022, within the Middle District of Pennsylvania, the defendant,

**JOSHUA FRISCH,**

did knowingly and willfully make a threat to take the life of the President of the United States, specifically by writing the words, "Yep still shadow banned on here, I JUST THREATENED THE LIFE OF OUR PRESIDENT AND ALL OTHER GOVERNMENT OFFICIALS AND NO RESPONSE, TRUTH SOCIAL AND GAB AND TWITTER

13

ARE EXTREMELY DANGEROUS ORGANIZATIONS WHO
PROTECTED SOMEONE WHO IS AND WAS FULLY PLANNING ON
HARMING THE PRESIDENT AND ALL OTHER OFFICIALS, HERE I
SIT NO RESPONSE, PATHETIC! DONE WITH TRUTH SOCIAL AS
WELL," and causing the words to be posted on the Internet.

All in violation of Title 18, United States Code, Section 871(a).

A TRUE BILL

GERARD M. KARAM
United States Attorney

JAMES M. BUCHANAN                    8/29/2023
Assistant United States Attorney          Date

14